# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Mr. W Fireworks,

* From the 70th District
Court of Ector County,
Trial Court No. A-123,890.

Vs. No. 11-11-00262-CV

* October 24, 2013

Southwest Royalties, Inc.,

* Memorandum Opinion by McCall, J.
(Panel consists of: Wright, C.J.,
McCall, J., and Judge Herod)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Mr. W Fireworks.